UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
MAY 1 2 2005
Michael N. Milby, Clerk of Court

| | |
|---|---|
| MATILDA CHAVEZ,<br>　　　　Plaintiff,<br>v.<br>RELIASTAR LIFE INSURANCE<br>COMPANY, et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. H-04-1988 |

ORDER

The parties Joint Motion to Dismiss under Rule 41(a)(2) (Docket Entry No. 36) is GRANTED. The court ORDERS that this civil action is DISMISSED with prejudice.

SIGNED at the City of Houston in the State of Texas on May 12, 2005.

_____
Sim Lake
United States District Court Judge